| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|-----|------|-------|-------|-----------|-----|
| S17 | 011076 | 000010 | | 0000330292 | 1 |

Page 1(Con't Next Page)

MATTRESS WAREHOUSE LLC
4949 NEW DESIGN ROAD
FREDERICK, MD 21703

# Earnings Statement



Period Beginning: 07/27/2025
Period Ending: 08/09/2025
Pay Date: 08/15/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**ANDREW BARRY O'NEIL**
**191B JOHNSON ROAD**
**SCOTT PA 18411**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 79.22 | | |
| Commission | | | 1,388.01 | 22,496.60 |
| Long Term Dis | | | 5.05 | 84.32 |
| Short Term Dis | | | 4.10 | 58.90 |
| Bonus | | | | 1,663.93 |
| Build | | | | 1,151.98 |
| Manager Bonus | | | | 600.00 |
| Variable pay | | | | 9.15 |
| **Gross Pay** | | | **$1,397.16** | 26,064.88 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -63.50 | 1,313.35 |
| | Social Security Tax | -75.90 | 1,434.28 |
| | Medicare Tax | -17.75 | 335.44 |
| | PA State Income Tax | -37.58 | 710.20 |
| | Mount Pocono Income Tax | -12.24 | 231.34 |
| | Mount Pocono Local Svc Tax | -2.00 | 36.00 |
| | PA SUI Tax | -0.98 | 18.25 |
| | **Other** | | |
| | Critical 1 | -22.13* | 376.21 |
| | Dental 1 | -5.33* | 90.61 |
| | Hospital 1 | -7.23* | 115.68 |
| | Long Term | -5.05 | 84.32 |
| | Medical 1 | -138.23* | 2,345.88 |
| | Post Tax Su | -10.06 | 171.02 |
| | Short Term | -4.10 | 58.90 |
| | 401K Emp | -41.64* | 746.87 |

| Other | this period | year to date |
|---|---|---|
| Garnish 2 | | 184.80 |
| Vision P | | 2.89 |
| **Net Pay** | **$953.44** | |
| Checking 1 | -858.10 | |
| Checking 2 | -95.34 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,182.60

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Build Compare | -525.30 | -8,296.49 |
| Max Elig/Comp | 1,388.01 | 25,921.66 |
| Pay Reg+Ot | 862.71 | 16,464.04 |
| Xtra$ Com,Bns | 1,388.01 | 24,760.53 |
| 401K Match | 20.82 | 373.41 |
| Totl Hrs Worked | 79.22 | |

**Important Notes**
COMPANY PH#:+1 240 907 5961

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

---

MATTRESS WAREHOUSE LLC
4949 NEW DESIGN ROAD
FREDERICK, MD 21703

**Advice number:** 00000330292
**Pay date:** 08/15/2025

**Deposited to the account of**
**ANDREW BARRY O'NEIL**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2091 | xxxx xxxx | $858.10 |
| xxxxx1174 | xxxx xxxx | $95.34 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| **S17** | 011076 | 000010 | | 0000330292 | 1 |

Page 2

*MATTRESS WAREHOUSE LLC*
*4949 NEW DESIGN ROAD*
*FREDERICK, MD 21703*

# Earnings Statement

Period Beginning: 07/27/2025
Period Ending: 08/09/2025
Pay Date: 08/15/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**ANDREW BARRY O'NEIL**
**191B JOHNSON ROAD**
**SCOTT PA 18411**

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA:      Single
Exemptions/Allowances:
 PA:      0

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|-----|------|-------|-------|-----------|-----|
| S17 | 011076 | 000010 | | 0000350291 | 1 |

Page 1(Con't Next Page)

MATTRESS WAREHOUSE LLC
4949 NEW DESIGN ROAD
FREDERICK, MD 21703

# Earnings Statement



Period Beginning: 08/10/2025
Period Ending: 08/23/2025
Pay Date: 08/29/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**ANDREW BARRY O'NEIL**
**191B JOHNSON ROAD**
**SCOTT PA 18411**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | | 97.62 | | |
| Commission | | | 1,442.01 | 23,938.61 |
| Long Term Dis | | | 5.05 | 89.37 |
| Short Term Dis | | | 4.10 | 63.00 |
| Bonus | | | | 1,663.93 |
| Build | | | | 1,151.98 |
| Manager Bonus | | | | 600.00 |
| Variable pay | | | | 9.15 |
| **Gross Pay** | | | **$1,451.16** | 27,516.04 |

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -69.79 | 1,383.14 |
| Social Security Tax | -79.25 | 1,513.53 |
| Medicare Tax | -18.53 | 353.97 |
| PA State Income Tax | -39.24 | 749.44 |
| Mount Pocono Income Tax | -12.78 | 244.12 |
| Mount Pocono Local Svc Tax | -2.00 | 38.00 |
| PA SUI Tax | -1.01 | 19.26 |

Other
| | this period | year to date |
|---|---|---|
| Critical 1 | -22.13* | 398.34 |
| Dental 1 | -5.33* | 95.94 |
| Hospital 1 | -7.23* | 122.91 |
| Long Term | -5.05 | 89.37 |
| Medical 1 | -138.23* | 2,484.11 |
| Post Tax Su | -10.06 | 181.08 |
| Short Term | -4.10 | 63.00 |
| 401K Emp | -43.26* | 790.13 |

| Other | this period | year to date |
|-------|-------------|--------------|
| Garnish 2 | | 184.80 |
| Vision P | | 2.89 |
| **Net Pay** | **$993.17** | |
| Checking 1 | -893.85 | |
| Checking 2 | -99.32 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,234.98

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Build Compare | -378.93 | -8,675.42 |
| Max Elig/Comp | 1,442.01 | 27,363.67 |
| Pay Reg+Ot | 1,063.08 | 17,527.12 |
| Xtra$ Com,Bns | 1,442.01 | 26,202.54 |
| 401K Match | 21.63 | 395.04 |
| Totl Hrs Worked | 97.62 | |

**Important Notes**

COMPANY PH#:+1 240 907 5961

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

---

MATTRESS WAREHOUSE LLC
4949 NEW DESIGN ROAD
FREDERICK, MD 21703

Advice number: 00000350291
Pay date: 08/29/2025

**Deposited to the account of**
**ANDREW BARRY O'NEIL**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx2091 | xxxx xxxx | $893.85 |
| xxxxx1174 | xxxx xxxx | $99.32 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Case 5:25-bk-02901   Doc 4   Filed 10/09/25   Entered 10/09/25 21:38:47   Desc Main
Document      Page 3 of 8

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| S17 | 011076 | 000010 | | 0000350291 | 1 |

Page 2

*MATTRESS WAREHOUSE LLC*
*4949 NEW DESIGN ROAD*
*FREDERICK, MD 21703*

# Earnings Statement

ADP

Period Beginning: 08/10/2025
Period Ending: 08/23/2025
Pay Date: 08/29/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**ANDREW BARRY O'NEIL**
**191B JOHNSON ROAD**
**SCOTT PA 18411**

### Additional Tax Withholding Information
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: 0

© 2000 ADP, Inc.

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| S17 | 011076 | 000010 | | 0000370285 | 1 |

Page 1(Con't Next Page)

MATTRESS WAREHOUSE LLC
4949 NEW DESIGN ROAD
FREDERICK, MD 21703

# Earnings Statement  

Period Beginning: 08/24/2025
Period Ending: 09/06/2025
Pay Date: 09/12/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**ANDREW BARRY O'NEIL**
**191B JOHNSON ROAD**
**SCOTT PA 18411**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 100.62 | | |
| Commission | | | 1,747.31 | 25,685.92 |
| Long Term Dis | | | 5.05 | 94.42 |
| Short Term Dis | | | 4.10 | 67.10 |
| Bonus | | | | 1,663.93 |
| Build | | | | 1,151.98 |
| Manager Bonus | | | | 600.00 |
| Variable pay | | | | 9.15 |
| **Gross Pay** | | | **$1,756.46** | 29,272.50 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -105.33 | 1,488.47 |
| Social Security Tax | -98.18 | 1,611.71 |
| Medicare Tax | -22.96 | 376.93 |
| PA State Income Tax | -48.61 | 798.05 |
| Mount Pocono Income Tax | -15.84 | 259.96 |
| Mount Pocono Local Svc Tax | -2.00 | 40.00 |
| PA SUI Tax | -1.23 | 20.49 |

| Other | | |
|---|---|---|
| Critical 1 | -22.13* | 420.47 |
| Dental 1 | -5.33* | 101.27 |
| Hospital 1 | -7.23* | 130.14 |
| Long Term | -5.05 | 94.42 |
| Medical 1 | -138.23* | 2,622.34 |
| Post Tax Su | -10.06 | 191.14 |
| Short Term | -4.10 | 67.10 |
| 401K Emp | -52.42* | 842.55 |

| Other | this period | year to date |
|---|---|---|
| Garnish 2 | | 184.80 |
| Vision P | | 2.89 |
| **Net Pay** | **$1,217.76** | |
| Checking 1 | -1,095.98 | |
| Checking 2 | -121.78 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,531.12

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Build Compare | -651.56 | -9,326.98 |
| Max Elig/Comp | 1,747.31 | 29,110.98 |
| Pay Reg+Ot | 1,095.75 | 18,622.87 |
| Xtra$ Com,Bns | 1,747.31 | 27,949.85 |
| 401K Match | 26.21 | 421.25 |
| Totl Hrs Worked | 100.62 | |

**Important Notes**
COMPANY PH#:+1 240 907 5961

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

---

MATTRESS WAREHOUSE LLC
4949 NEW DESIGN ROAD
FREDERICK, MD 21703

**Advice number:** 00000370285
**Pay date:** 09/12/2025

**Deposited to the account of**
**ANDREW BARRY O'NEIL**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2091 | xxxx xxxx | $1,095.98 |
| xxxxx1174 | xxxx xxxx | $121.78 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| S17 | 011076 | 000010 | | 0000370285 | 1 |

Page 2

*MATTRESS WAREHOUSE LLC*
*4949 NEW DESIGN ROAD*
*FREDERICK, MD 21703*

# Earnings Statement

Period Beginning: 08/24/2025
Period Ending: 09/06/2025
Pay Date: 09/12/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**ANDREW BARRY O'NEIL**
**191B JOHNSON ROAD**
**SCOTT PA 18411**

### Additional Tax Withholding Information

Taxable Marital Status:
  PA:           Single
Exemptions/Allowances:
  PA:           0

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

© 2000 ADP, Inc.

| | | | | | |
|---|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
| S17 | 011076 | 000010 | | 0000390282 | 1 |

Page 1(Con't Next Page)

MATTRESS WAREHOUSE LLC
4949 NEW DESIGN ROAD
FREDERICK, MD 21703

# Earnings Statement 

Period Beginning: 09/07/2025
Period Ending: 09/20/2025
Pay Date: 09/26/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**ANDREW BARRY O'NEIL**
**191B JOHNSON ROAD**
**SCOTT PA 18411**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 47.78 | | |
| Build | | | 39.33 | 1,191.31 |
| Commission | | | 480.99 | 26,166.91 |
| Long Term Dis | | | 5.05 | 99.47 |
| Paid Time Off | 19.0400 | 40.00 | 761.60 | 761.60 |
| Short Term Dis | | | 4.10 | 71.20 |
| Bonus | | | | 1,663.93 |
| Manager Bonus | | | | 600.00 |
| Variable pay | | | | 9.15 |
| **Gross Pay** | | | **$1,291.07** | 30,563.57 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -51.16 | 1,539.63 |
| | Social Security Tax | -69.33 | 1,681.04 |
| | Medicare Tax | -16.22 | 393.15 |
| | PA State Income Tax | -34.33 | 832.38 |
| | Mount Pocono Income Tax | -11.18 | 271.14 |
| | Mount Pocono Local Svc Tax | -2.00 | 42.00 |
| | PA SUI Tax | -0.90 | 21.39 |
| | **Other** | | |
| | Critical 1 | -22.13* | 442.60 |
| | Dental 1 | -5.33* | 106.60 |
| | Hospital 1 | -7.23* | 137.37 |
| | Long Term | -5.05 | 99.47 |
| | Medical 1 | -138.23* | 2,760.57 |
| | Post Tax Su | -10.06 | 201.20 |
| | Short Term | -4.10 | 71.20 |

| Other | this period | year to date |
|---|---|---|
| 401K Emp | -38.46* | 881.01 |
| Garnish 2 | | 184.80 |
| Vision P | | 2.89 |
| **Net Pay** | **$875.36** | |
| Checking 1 | -787.82 | |
| Checking 2 | -87.54 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,079.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Build Compare | 39.33 | -9,287.65 |
| Max Elig/Comp | 1,281.92 | 30,392.90 |
| Pay Reg+Ot | 520.32 | 19,143.19 |
| Xtra$ Com,Bns | 480.99 | 28,430.84 |
| 401K Match | 19.23 | 440.48 |
| Totl Hrs Worked | 47.78 | |

**Important Notes**
COMPANY PH#:+1 240 907 5961

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

---

MATTRESS WAREHOUSE LLC
4949 NEW DESIGN ROAD
FREDERICK, MD 21703

**Advice number:** 00000390282
**Pay date:** 09/26/2025

*THIS IS NOT A CHECK*

| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **ANDREW BARRY O'NEIL** | xxxxxx2091 | xxxx xxxx | $787.82 |
| | xxxxx1174 | xxxx xxxx | $87.54 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| S17 | 011076 | 000010 | | 0000390282 | 1 |

Page 2

*MATTRESS WAREHOUSE LLC*
*4949 NEW DESIGN ROAD*
*FREDERICK, MD 21703*

# Earnings Statement

Period Beginning: 09/07/2025
Period Ending: 09/20/2025
Pay Date: 09/26/2025

ANDREW BARRY O'NEIL
191B JOHNSON ROAD
SCOTT PA 18411

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:        Single
Exemptions/Allowances:
  PA:        0

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**