# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Andrew B ONeil,<br>aka Andrew B O'Neil, aka Andrew Barry O'Neil, aka Andrew ONeil, aka Andrew Barry ONeil, aka Andrew O'Neil, | Chapter 7 |
| | Case No. 5:25−bk−02901−MJC |
| **Debtor 1** | |

Social Security No.:
xxx−xx−8928

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

Lisa Ann Rynard

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 21, 2026

**fnldecac** (05/18)