United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Andrew B ONeil  
    Debtor

Case No. 25-02901-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 2  
Date Rcvd: Jan 21, 2026     Form ID: 318     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew B ONeil, 191 Johnson Rd #B, Scott Twp, PA 18411-8833 |
| 5749373 | | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17101-0946 |
| 5749374 | + | Sheri L Winn, OD, 301 West Grove St, Clarks Summit, PA 18411-2090 |
| 5749375 | + | Suzan Lampert, 191 Johnson Rd #B, Scott Township, PA 18411-8833 |
| 5749376 | | Synchrony Bank/PPC, PO Box 985005, Orlando, FL 32801 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5749361 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 21 2026 18:38:00 | Apple Card/GS Bank USA, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5749362 | | EDI: BANKAMER | Jan 21 2026 23:42:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 5749363 | | EDI: CITICORP | Jan 21 2026 23:42:00 | CBNA/Best Buy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5749364 | | Email/Text: CantonRecoveryGroup@cbna.com | Jan 21 2026 18:38:00 | Community Bank NA, 1 Tallman Ave, Canton, NY 13617-3604 |
| 5749366 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 21 2026 18:38:00 | FNB Omaha, 1620 Dodge St, MS 3104, Omaha, NE 68197 |
| 5749365 | + | EDI: BLUESTEM | Jan 21 2026 23:42:00 | Fetti Fingerhut/Webbank, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5749367 | | EDI: IRS.COM | Jan 21 2026 23:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5749368 | + | EDI: JPMORGANCHASE | Jan 21 2026 23:42:00 | JPMorgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5749369 | ^ | MEBN | Jan 21 2026 18:37:13 | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 5749370 | + | EDI: LENDNGCLUB | Jan 21 2026 23:42:00 | Lending Club Corp, 595 Market St, Ste 200, San Francisco, CA 94105-5839 |
| 5749371 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 21 2026 18:51:48 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5749372 | ^ | MEBN | Jan 21 2026 18:37:16 | Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5749377 | | EDI: WTRRNBANK.COM | Jan 21 2026 23:42:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 5749378 | | Email/Text: bknotice@upgrade.com | Jan 21 2026 18:38:00 | Upgrade Inc., 2 N Central Ave Fl 10, Phoenix, AZ |

| | | | | |
|---|---|---|---|---|
| 5749379 | + EDI: WFAUTO | | Jan 21 2026 23:42:00 | 85004-2322<br>Wells Fargo Auto, PO Box 71092, Charlotte, NC 28272-1092 |
| 5749380 | + EDI: WFAUTO | | Jan 21 2026 23:42:00 | Wells Fargo Bank, PO Box 71092, D1127-028, Charlotte, NC 28272-1092 |
| 5749381 | EDI: WFFC2 | | Jan 21 2026 23:42:00 | Wells Fargo Card Services, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Andrew B ONeil usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email;carlo@ecf.courtdrive.com |
| Lisa Ann Rynard | larynard@larynardlaw.com  PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Andrew B ONeil**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8928<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25-bk-02901-MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew B ONeil
aka Andrew B O'Neil, aka Andrew Barry O'Neil,
aka Andrew ONeil, aka Andrew Barry ONeil, aka
Andrew O'Neil

**By the court:**

1/21/26

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2